3

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re:<br><br>ENNIS HOMES, INC.,<br><br>Debtor-in-Possession.<br><br>In re:<br><br>ENNIS LAND DEVELOPMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 09-10848-A-11<br>Jointly Administered with<br>Case No. 09-16750-A-11<br><br>Chapter 11<br><br>DC No. KDG-2<br>of Case No. 09-16750<br><br>Date: N/A<br>Time: N/A<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |
|---|---|

EX PARTE APPLICATION FOR ORDER MODIFYING
ORDER AUTHORIZING SALE OF REAL PROPERTY
(Silver Oaks)

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

Ennis Land Development, Inc. ("Debtor") hereby requests that the Court modify the *Order Authorizing Sale of Real Property Free and Clear of Liens (Silver Oaks)* ("the Order") entered in the Chapter 11 case for Ennis Land Development on August 13, 2009. A copy of the Order is filed concurrently herewith as Exhibit "1."

1. Debtor requests that the Court modify the Order to approve amendments to the Contract of Sale entered between Debtor and DR Horton Los Angeles Holding Company, Inc.

00557275.000                                    1

("the Buyer"). The Amendments include granting a $65,000.00 credit toward the purchase price to allow Buyer to remedy certain soil conditions that may exist ("the Adverse Soil Conditions").

2.  Debtor and Buyer entered the Third, Fourth, and Fifth Amendments to the Contract of Sale of Silver Oaks. The Amendments were and are necessary because the Buyer became concerned about the Adverse Soil Conditions at the subject property ("Silver Oaks") after it performed certain soil composition testing as provided for in the Contract of Sale. Debtor and Buyer are continuing the testing of the soil composition to determine whether the Adverse Soil Conditions exist and the extent of the problem. The Amendments amend the Contract of Sale as follows:

   a. The Third Amendment was entered into on August 28, 2009 and extended the feasibility period and closing date to give the parties time to resolve the issues raised by the Adverse Soil Conditions. The Third Amendment is included in the Exhibits as Exhibit "2".

   b. The Fourth Amendment was entered into on September 11, 2009 and extended the feasibility period and closing date further to September 22, 2009. The Fourth Amendment is included in the Exhibits as Exhibit "3".

   c. The Fifth Amendment provides for a $65,000.00 credit to Buyer to compensate Buyer for the remedial expenses incurred to correct any Adverse Soil Conditions. However, if the actual cost of remediation is less than $65,000.00, Buyer will pay to Debtor the difference between the actual costs incurred, if any, and $65,000.00 ("the Difference Payment") within 15 days of the cure of the soil conditions. The Fifth Amendment is included in the Exhibits as Exhibit "4".

3.  Wells Fargo Bank holds the first deed of trust against Silver Oaks. Wells Fargo Bank has agreed to accept no less than $2,090,000.00 in exchange for a release of its deed of trust against Silver Oaks. Debtor will receive no more than $45,000.00 from the proceeds received from the sale of Silver Oaks to be used in the ordinary course of business subject to

the Orders Authorizing Use of Cash Collateral entered by the Court. Debtor agrees to pay one-half of the Difference Payment, if any is received from Buyer, to Wells Fargo Bank. Also, Debtor will pay one-half of any damages collected from a third-party to Wells Fargo Bank if Debtor collects damages from a third-party for illegal dumping that caused the Adverse Soil Conditions at Silver Oaks.

4. Debtor seeks to have the Order modified to conform with the Third, Fourth, and Fifth Amendments to the Contract of Sale and the agreement between Wells Fargo Bank and Debtor.

5. All other aspects of the Order would remain unchanged.

WHEREFORE Debtor prays that:

1. The *Ex Parte Application to Modify Order Authorizing Sale of Real Property (Silver Oaks)* be approved;

2. The Third, Fourth, and Fifth Amendments to the Contract of Sale between Debtor and Buyer be approved;

3. The Order be modified to provided a $65,000.00 credit toward the purchase price to Buyer. The credit shall be used to cure the Adverse Soil Conditions, to the extent necessary. Buyer shall pay the difference between the actual costs to cure the Adverse Soil Conditions incurred and $65,000.00 to Debtor within 15 days of completion of the cure; and

4. That the agreement between Wells Fargo Bank and Debtor as to the disbursement of the proceeds received from the sale of Silver Oaks as described herein be approved.

Date: September 24, 2009

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Jacob L. Eaton
JACOB L. EATON
Attorneys for Debtor