2009-10848
FILED
March 31, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002523089

2

HAGOP T. BEDOYAN, CSB NO. 131285
T. SCOTT BELDEN, CSB NO. 184387
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>ENNIS HOMES, INC.,<br><br>Debtor-in-Possession. | Case No. 09-10848-A-11<br>*Substantively Consolidated with case no. 09-16750-A-11*<br><br>Chapter 11<br><br>DC No. KDG-50<br><br>Date: April 14, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |

**ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND <u>CLEAR OF LIENS</u>**
**(NEW EXPRESSIONS)**

The Court having reviewed the *Ex Parte Application for Order Shortening Time for Service of Notice of Hearing on Debtor's Motion for Authorization to Sell Real Property Free and Clear of Liens (New Expressions)* ("Application") and the amendment thereto filed by Ennis Homes, Inc. ("Debtor"),

It appearing that good cause exists for issuing an Order Shortening Time and that no party in interest will be prejudiced or harmed as a result,

IT IS HEREBY ORDERED that:

RECEIVED
March 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002523089

1

1. The *Ex Parte Application for Order Shortening Time for Service of Notice of Hearing on Debtor's Motion for Authorization to Sell Real Property Free and Clear of Liens (New Expressions)* is granted as amended;

2. Debtor must serve copies of the Motion and the supporting documents on the approved limited service list and all parties requesting special notice, via first class mail no later than March 30, 2010;

3. Opposition, if any, to the Motion shall be presented at the preliminary hearing on the Motion; and

4. The preliminary hearing on the Motion will be held on April 14, 2010, at 1:30 p.m. in Fresno, California.

Respectfully submitted by:

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By_____
HAGOP BEDOYAN
T. SCOTT BELDEN
JACOB L. EATON
Attorneys for Debtor-in-Possession

Dated:

Mar 31, 2010

_____
United States Bankruptcy Judge