# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title :**  Ennis Homes, Inc.                    **Case No :** 09−10848 − A − 11
                                                       **Date :**    4/2/10
                                                       **Time :**    11:00

**Matter :**      [802] − Motion/Application to
                  Borrow/Refinance/Incur Debt/Approve Loan          UNOPPOSED
                  Modification [KDG−48] Filed by Debtor Ennis
                  Homes, Inc. (crof)

**Judge :**             Whitney Rimel
**Courtroom Deputy :**  Gay Parker
**Reporter :**          Linda Gorman
**Department :**        A

---

**APPEARANCES for :**
**Movant(s) :**
          Debtor(s) Attorney − T. Scott Belden
**Respondent(s) :**
(by phone)    Creditor's Attorney − Susan Clary; Alan Martin

---

HEARING CONTINUED TO: 4/23/10 at 11:00 AMRequest of Parties

The hearing was continued for the following reason(s):
GRANTED THROUGH APRIL, 2010 AND continued for final hearing. Mr. Martin and Ms. Clary sign off on order.